# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Dependency of
K.G. and M.G.,

          Minor Children.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES,

          Respondent,

          v.

DORI T. GORDON,

          Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 72754-1-I
(consol. w/72755-9-I)

DIVISION ONE

UNPUBLISHED OPINION

FILED: May 26, 2015

PER CURIAM — Dori Gordon appeals trial court orders finding her
daughters K.G. and M.G. dependent. The parties have stipulated that the trial
court orders should be reversed and vacated and the matter remanded for a new
dependency fact-finding hearing. We accept this stipulation. The parties also
request that the matter be remanded for a hearing before a different judicial
officer. On the record before us, we decline to consider the request. The parties
should address all scheduling issues to the superior court following remand.

Reversed, vacated, and remanded for further proceedings.

For the court:

Trickey, J

Cox, J.